# EXHIBIT 1

## to

## (NOTICE OF REMOVAL)

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
D. Sandoval, Deputy
3/11/2015 12:05:00 PM
Filing ID 6458714

STEERS & STEERS
R. Lee Steers, Jr. (State Bar No. 022044)
13424 East Bloomfield Drive
Scottsdale, Arizona 85259
Telephone        480-231-8523
E-mail           lee.steers@gmail.com
Attorneys for the Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MARSH AVIATION COMPANY,<br><br>                          Plaintiff,<br><br>vs.<br><br>HARDY AVIATION INSURANCE, INC.,<br>and ARTHUR J. GALLAGHER RISK<br>MANAGEMENT SERVICES, INC., *et al*,<br><br>                          Defendants. | Case No. CV2015-050723<br><br>Assigned to<br>Hon. Michael D. Gordon<br><br>AFFIDAVIT OF PLAINTIFF'S COUNSEL<br>IN SUPPORT OF SERVICE OF PROCESS<br>UPON THE DEFENDANT<br>HARDY AVIATION INSURANCE, INC. |

Comes the undersigned attorney for the plaintiff Marsh Aviation Company, pursuant to Rule 4.2(c) of the Arizona Rules of Civil Procedure, and states the following Affidavit in support of the plaintiff's service of process upon the defendant Hardy Aviation Insurance, Inc.

<u>AFFIDAVIT</u>

I, R. LEE STEERS, JR., hereby state the following under penalty of perjury pursuant to Rule 80(i) of the Arizona Rules of Civil Procedure:

      (1)    I am a duly licensed member in good standing of the State Bar of Arizona.

      (2)    I am the attorney for the plaintiff in the above-styled cause.

      (3)    The defendant Hardy Aviation Insurance, Inc. is known to me to be a domiciliary of the State of Kansas with the mailing address of its principal place of business at P. O. Box 12010, Wichita, Kansas 67277-2010.

      (4)    The President of Hardy Aviation Insurance, Inc. is Mr. Randy Hardy.

      (5)    The Resident Agent and Registered Office for Hardy Aviation Insurance, Inc. in the State of Kansas are:  James R. Hardy, 322 Cyrilla Court, Wichita, Kansas 67235.[1]

---

[1] A copy of a screen-print of the relevant page from the internet website of the Kansas Secretary of State is attached and marked as Exhibit No. 1 to this Affidavit.

Marsh Aviation Company vs. Hardy Aviation Insurance, Inc., *et al*
Maricopa County Superior Court, Case No. CV2015-050723

(4)     I filed a Complaint against Hardy Aviation Insurance, Inc. in the above-styled cause on January 9, 2015.

(5)     On February 17, 2015 a Summons was issued by the Clerk of the Maricopa County Superior Court directed to Mr. Randy Hardy, President of Hardy Aviation Insurance, Inc., P. O. Box 12010, Wichita, Kansas 67277-2010.

(6)     On February 20, 2015, I personally placed the following-described documents into the hands of the United States Postal Service for delivery by USPS Certified Mail, with Return Receipt Requested, to Mr. Randy Hardy, President of Hardy Aviation Insurance, Inc., P. O. Box 12010, Wichita, Kansas 67277-2010:

(a)     original Summons issued by the Clerk of the Maricopa County Superior Court directed to Mr. Randy Hardy, President, Hardy Aviation Insurance, Inc.;

(b)     a copy of the Complaint filed in the above-styled cause;

(c)     a copy of the Plaintiff's Certificate as to Compulsory Arbitration filed in the above-styled cause; and,

(d)     a copy of the Plaintiff's Offer of Judgment to the Defendant Hardy Aviation Insurance, Inc. filed in the above-styled cause on February 16, 2015.

A copy of USPS Certified Mail Receipt No. 7014-3490-0001-3578-5263 evidencing the mailing referenced in this paragraph is attached and marked as Exhibit No. 2 to this Affidavit.

(7)     On February 27, 2015, the mailing referenced in Paragraph (6) of this Affidavit was received at the addressee's post office address in Wichita, Kansas and was signed for by Peggy Hahn, a duly authorized agent of Mr. Randy Hardy, President of Hardy Aviation Insurance, Inc. A copy of USPS Certified Mail Return Receipt No. 7014-3490-0001-3578-5263 (the "green card") evidencing delivery of the mailing referenced in Paragraph (6) of this Affidavit is attached and marked as Exhibit No. 3 to this Affidavit.

(8)     On March 5, 2015, I received the original of USPS Certified Mail Return Receipt No. 7014-3490-0001-3578-5263 (the "green card") evidencing delivery of the mailing referenced in Paragraph (6) in my regular mail delivery by the United States Postal Service.

(9)     On February 17, 2015 a Summons was issued by the Clerk of the Maricopa County Superior Court directed to Mr. James R. Hardy, Registered Agent for Hardy Aviation Insurance, Inc., 322 Cyrilla Court, Wichita, Kansas 67235.

Affidavit of Plaintiff's Counsel in Support of
Service of Process upon the Defendant Hardy Aviation Insurance, Inc.
Page 2 of 4 pages

Marsh Aviation Company vs. Hardy Aviation Insurance, Inc., *et al*
Maricopa County Superior Court, Case No. CV2015-050723

1       (10)    On February 20, 2015, I personally placed the following-described documents

2   into the hands of the United States Postal Service for delivery by USPS Certified Mail, with

3   Return Receipt Requested, to Mr. James R. Hardy, Registered Agent for Hardy Aviation

Insurance, Inc., 322 Cyrilla Court, Wichita, Kansas 67235.:

4       (a)    original Summons issued by the Clerk of the Maricopa County Superior

5   Court directed to James R. Hardy, Registered Agent for Hardy Aviation Insurance, Inc.;

6       (b)    a copy of the Complaint filed in the above-styled cause;

7       (c)    a copy of the Plaintiff's Certificate as to Compulsory Arbitration filed in

the above-styled cause; and,

8       (d)    a copy of the Plaintiff's Offer of Judgment to the Defendant Hardy

9   Aviation Insurance, Inc. filed in the above-styled cause on February 16, 2015.

10       A copy of USPS Certified Mail Receipt No. 7014-3490-0001-3578-5249 evidencing the

11   mailing referenced in this paragraph is attached and marked as Exhibit No. 4 to this Affidavit.

12       (11)    On February 23, 2015, the mailing referenced in Paragraph (10) of this Affidavit

13   was received at a USPS facility in Wichita, Kansas.  On February 26, 2015, a label was placed

on the mailing referenced in Paragraph (10) of this Affidavit by USPS employees in Wichita,

14   Kansas marked "RETURN TO SENDER – UNABLE TO FORWARD."  A copy of the envelope

15   in which the mailing referenced in Paragraph (10) of this Affidavit was dispatched, bearing the

16   unsigned USPS Certified Mail Return Receipt No. 7014-3490-0001-3578-5249 (the "green

17   card") and all of the referenced markings placed upon the envelope by employees of the USPS in

Wichita, Kansas is attached and marked as Exhibit No. 5 to this Affidavit.

18       (12)    As noted above, a screen-print of the relevant page from the internet website of

19   the Kansas Secretary of State dated March 8, 2015 that is attached and marked as Exhibit No. 1

20   to this Affidavit indicates that the name and address of the Registered Agent for Hardy Aviation

21   Insurance, Inc. shown on Exhibit No. 5 to this Affidavit are correct.

22       (13)    On March 4, 2015, I received the returned package referenced in Paragraph (11)

23   of this Affidavit bearing the unsigned USPS Certified Mail Return Receipt No. 7014-3490-0001-

3578-5249 (the "green card") and all of the markings placed upon the envelope by employees of

24   the USPS in Wichita, Kansas as referenced in Paragraph (11) of this Affidavit, in my regular

25   mail delivery by the United States Postal Service.

26       (14)    I hereby declare, under penalty of perjury, that the foregoing is true and correct.

Affidavit of Plaintiff's Counsel in Support of
Service of Process upon the Defendant Hardy Aviation Insurance, Inc.
Page 3 of 4 pages

Marsh Aviation Company vs. Hardy Aviation Insurance, Inc., *et al*
Maricopa County Superior Court, Case No. CV2015-050723

WHEREFORE, the Affiant has executed the foregoing Affidavit of Plaintiff's Counsel in Support of Service of Process upon the Defendant Hardy Aviation Insurance, Inc. on this March 11, 2015.

_____
R. LEE STEERS, JR.

### CERTIFICATE OF FILING AND SERVICE

The foregoing Affidavit of Plaintiff's Counsel in Support of Service of Process upon the Defendant Hardy Aviation Insurance, Inc. was on this date filed electronically with the Clerk of the Maricopa County Superior Court using the AZ Turbo Court Case Management System. A copy of same was also on this date electronically delivered to the chambers of the Presiding Judge via the AZ Turbo Court CMS. A true copy of same was also on this date mailed to the Director of the Arizona Department of Insurance, upon whom process has previously been served in this cause as the statutorily designated agent for service of process upon Hardy Aviation Insurance, Inc. in Arizona, at the address shown below. True copies of same were also on this date mailed to the defendant Hardy Aviation Insurance, Inc. and to the defendant Arthur J. Gallagher Risk Management Services, Inc. at the addresses shown below.

Ms. Germaine L. Marks, Director
Arizona Department of Insurance
Suite 210
2910 North 44th Street
Phoenix, Arizona 85018

James R. Hardy, Registered Agent
322 Cyrilla Court
Wichita, Kansas 67235
Registered Agent for
Hardy Aviation Insurance, Inc.

Arthur J. Gallagher Risk Management Services, Inc.
Two Pierce Place
Itasca, Illinois 60143-3141

This March 11, 2015.

STEERS & STEERS
Attorneys for the Plaintiff

By: /s/ *R. Lee Steers, Jr.*
        R. Lee Steers, Jr.

Affidavit of Plaintiff's Counsel in Support of
Service of Process upon the Defendant Hardy Aviation Insurance, Inc.
Page 4 of 4 pages

# MARSH AVIATION CORPORATION
vs.
## Hardy Aviation Insurance, Inc.
and
## Arthur J. Gallagher
## Risk Management Services, Inc.

------------------------

### Maricopa County Superior Court
### Case No. CV2015-050723

# EXHIBIT No. 1

to
## Affidavit of Plaintiff's Counsel
## in Support of Service of Process
## upon the Defendant Hardy Aviation Insurance, Inc.
## March 11, 2015

---------------------------------------------------------

### Screen-print of Resident Agent page
### of website of Kansas Secretary of State

---------------------------------------------------------



| Thinking | Starting | Maintaining | Closing |

# Business Entity Search

**Date:** 03/08/2015

Be advised the business information on this page is for summary informational purposes only. It is not an official filing with the Secretary of State's office and should not be relied on as such. Please view actual documents filed by customers with the secretary of State's office to ensure accurate information. When filing a Uniform Commercial Code statement on an entity, consult with your attorney to ensure the correct debtor name.

## Business Summary

**Current Entity Name**

HARDY AVIATION INSURANCE, INC.

File Name Change Online

**Business Entity ID Number**

2215200

View History and Documents

Current Mailing Address: PO BOX 12010, WICHITA, KS 67277   Update

Business Entity Type: KANSAS FOR PROFIT CORPORATION

Date of Formation in Kansas: 12/22/1994

State of Organization: KS

Current Status: ACTIVE AND IN GOOD STANDING

Certificate of Good Standing

**Resident Agent and Registered Office**

Resident Agent: JAMES R. HARDY

Registered Office: 322 CYRILLA CT, WICHITA, KS 67235

Update Resident Agent/Office

Kansas Business Entity Search                                    Page 2 of 2

**Annual Reports**

The following annual report information is valid for active and delinquent status entities only.

Tax Closing Month: 12

The Last Annual Report on File: 12/2013

**Forfeiture Date:** 07/15/2015

| Close Your Business |
| --- |

Be advised the business information on this page is for summary informational purposes only. It is not an official filing with the Secretary of State's office and should not be relied on as such. Please view actual documents filed by customers with the secretary of State's office to ensure accurate information. When filing a Uniform Commercial Code statement on an entity, consult with your attorney to ensure the correct debtor name.

- © 2015 Kansas.gov
- Portal Policies
- Help Center
- Contact Us
- About Us
- Site Map

# MARSH AVIATION CORPORATION
## vs.
# Hardy Aviation Insurance, Inc.
## and
# Arthur J. Gallagher
# Risk Management Services, Inc.

------------------------

### Maricopa County Superior Court
### Case No. CV2015-050723

# EXHIBIT No. 2
## to
## Affidavit of Plaintiff's Counsel
## in Support of Service of Process
## upon the Defendant Hardy Aviation Insurance, Inc.
## March 11, 2015

-----------------------------------------------------------

### USPS Certified Mail Receipt (sending)
### No. 7014-3490-0001-3578-5263

-----------------------------------------------------------



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WICHITA KS 672 **OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $1.40 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.40 |

Sent To  Mr. Randy Hardy, Pres / Hardy Av. Inc.
Street & Apt. No., or PO Box No.  P. O. Box 12010
City, State, ZIP+4  Wichita, Kansas 67277-2010

PS Form 3800, July 2014          See Reverse for Instructions

7014 3490 0001 3578 5263

# MARSH AVIATION CORPORATION

## vs.

## Hardy Aviation Insurance, Inc.

### and

## Arthur J. Gallagher
## Risk Management Services, Inc.

-----------------------

### Maricopa County Superior Court
### Case No. CV2015-050723

# EXHIBIT No. 3

## to

## Affidavit of Plaintiff's Counsel
## in Support of Service of Process
## upon the Defendant Hardy Aviation Insurance, Inc.
## March 11, 2015

-----------------------------------------------------------------

## USPS Certified Mail RETURN Receipt (signed)
## No. 7014-3490-0001-3578-5263

-----------------------------------------------------------------

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Randy Hardy, President
Hardy Aviation Insurance, Inc.
P. O. Box 12010
Wichita, Kansas 67277-2010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Reggy Hain* 
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

*Reggy Hahn*    2-27-15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7014 3490 0001 3578 5263

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
85630
27 FEB '15
PM 3 L

|||||

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

R. Lee Steers, Jr.
13424 E. Bloomfield Dr.
Scottsdale, AZ 85259

# MARSH AVIATION CORPORATION

## vs.

# Hardy Aviation Insurance, Inc.

### and

# Arthur J. Gallagher
# Risk Management Services, Inc.

------------------------

### Maricopa County Superior Court
### Case No. CV2015-050723

# EXHIBIT No. 4

## to

## Affidavit of Plaintiff's Counsel
## in Support of Service of Process
## upon the Defendant Hardy Aviation Insurance, Inc.
## March 11, 2015

------------------------------------------------------------------------

## USPS Certified Mail Receipt (sending – undelivered)
## No. 7014-3490-0001-3578-5249

------------------------------------------------------------------------



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

WICHITA KS 5772S    **OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $2.03 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $8.03 |

Postmark
FEB 20 2015
SCOTTSDALE AZ

Sent To *Mr. James R. Hardy, Registered Agent*
Street & Apt. No., or PO Box No. *Hardy Aviation Ins. Inc. / 322 Cyrilla Ct*
City, State, ZIP+4 *Wichita, Kansas 67235*

PS Form 3800, July 2014        See Reverse for Instructions

7014 3490 0001 3578 5249

# MARSH AVIATION CORPORATION
## vs.
# Hardy Aviation Insurance, Inc.
## and
# Arthur J. Gallagher
# Risk Management Services, Inc.

------------------------

### Maricopa County Superior Court
### Case No. CV2015-050723

# EXHIBIT No. 5
## to
## Affidavit of Plaintiff's Counsel
## in Support of Service of Process
## upon the Defendant Hardy Aviation Insurance, Inc.
## March 11, 2015

-----------------------------------------------------------------------------

## Photocopy of envelope evidencing return, undelivered, of
## USPS Certified Mail No. 7014-3490-0001-3578-5249

-----------------------------------------------------------------------------

R. LEE STEERS, JR
13424 East Bloomfield Drive
Scottsdale, Arizona 85259

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
   ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Mr. James R. Hardy, Registered Agt
Hardy Aviation Insurance, Inc.
322 Cyrilla Court
Wichita, Kansas 67235

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from    7014 3490 0001 3578 5249

PS Form 3811    Domestic Return Receipt    102595-02-M-1540

NIXIE

67235529029-1N    02/26/15

RETURN TO SENDER
UNABLE TO FORWARD
RETURN TO SENDER

7014 3490 0001 3578 5249

**CERTIFIED MAIL**

Mr. James R. Hardy, Registered Agent
Hardy Aviation Insurance, Inc.
322 Cyrilla Court
Wichita, Kansas 67235

UNITED STATES
POSTAL SERVICE

1000

67235

U.S. POSTAGE
SCOTTSDALE, AZ
FEB 20, 15
AMOUNT
$8.03
00150246-06

ORIGINAL

MICHAEL K. JEANES, CLERK

~~~ ~~~~ ~~~~~~~
~~~~~ ~~~~~ ~
DOCUMENT DEPOSIT ~~

15 MAR -4  PM 2: 04

FILED

BY ~~~~~~~ , DEP

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

| | |
|---|---|
| **Name of person filing:** | R. Lee Steers, Jr. |
| **Your address:** | 13424 East Bloomfield Drive |
| **Your City, State, ZIP Code:** | Scottsdale, Arizona 85259 |
| **Your Telephone Number:** | 480-231-8523 |
| **Attorney Bar Number:** | 022044 |
| **Representing:** | Plaintiff |

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

Marsh Aviation Company
Name of Petitioner/Plaintiff

Case No. CV2015-050723

### SUMMONS

Arthur J. Gallagher Risk Management Services, Inc.
Name of Respondent/Defendant

---

**WARNING: This is an official document from the court that affects your rights.  Read this carefully.
If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO**   Arthur J. Gallagher Risk Management Services, Inc.
(Name of Respondent/Defendant)

SERVE:   Germaine L. Marks, Director
Arizona Department of Insurance
Suite 210
2910 North 44th Street
Phoenix, Arizona 85018

1.   **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.   If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fees.  If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 or the Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 or the Office of the Clerk of the Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201 or Office of the Clerk of Superior Court, 14264 W. Tierra Buena Lane, Surprise, Arizona 85374.  Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this "Summons" and other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served.  Service by a registered process server or the Sheriff is complete when made.  Service by Publication is complete thirty (30) days after the date of first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court at the address listed in Paragraph 2 above.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least five (5) days before your scheduled court date.

SIGNED AND SEALED this date:   FEB - 2 2015

MICHAEL JEANES, CLERK OF COURT

By _____
Deputy Clerk

ORIGINAL

MICHAEL K. JEANES, CLERK

DOCUMENT DEPOSIT...

15 MAR -4  PH 2: 03

FILED

BY _____ , DEP

If you would like legal advice from a lawyer
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

**Name of person filing:** R. Lee Steers, Jr.
**Your address:** 13424 East Bloomfield Drive
**Your City, State, ZIP Code:** Scottsdale, Arizona 85259
**Your Telephone Number:** 480-231-8523
**Attorney Bar Number:** 022044
**Representing:** Plaintiff

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

Marsh Aviation Company

Name of Petitioner/Plaintiff

Case No. CV2015-050723

**SUMMONS**

Hardy Aviation Insurance, Inc.

Name of Respondent/Defendant

-----------------------------------------------------------------

**WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.**

-----------------------------------------------------------------

**FROM THE STATE OF ARIZONA TO**      Hardy Aviation Insurance, Inc.

(Name of Respondent/Defendant)

SERVE:   Germaine L. Marks, Director
Arizona Department of Insurance
Suite 210
2910 North 44th Street
Phoenix, Arizona 85018

1.   **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons".*

2.   If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fees. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 or the Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 or the Office of the Clerk of the Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201 or Office of the Clerk of Superior Court, 14264 W. Tierra Buena Lane, Surprise, Arizona 85374. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this "Summons" and other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served.  Service by a registered process server or the Sheriff is complete when made.  Service by Publication is complete thirty (30) days after the date of first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court at the address listed in Paragraph 2 above.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least five (5) days before your scheduled court date.

SIGNED AND SEALED this date: 2|2|15

MICHAEL JEANES, CLERK OF COURT

By _____
       Deputy Clerk

 

*637225*

MICHAEL K. JEANES, CLERK

CLK. JEAN
IVED F
DOCUMENT DEPOSIT

MAR -4 PM 2:03
FILED

BY _____ , DEP

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ85009
602.258.8081
Fax#: 602.258.8864

In The MARICOPA COUNTY SUPERIOR
COURT
State of ARIZONA, County of MARICOPA

**Affidavit of Service**

Case No.:**CV2015-050723**
Court Date: **N/A**
Judge:

**MARSH AVIATION COMPANY**
Vs.
**ARTHUR J. GALLAGHER RISK
MANAGEMENT SERVICES, INC**

The Affiant, being sworn, states: That I am a private process server registered in **MARICOPA COUNTY** and an officer of the court, On 02/17/2015 I received **SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATE AS TO COMPULSORY ARBITRATION; PLAINTIFF'S OFFER OF JUDGMENT TO THE DEFENDANT** from R. **LEE STEERS, JR.** and by R. **LEE STEERS, JR.**. In each instance I personally served 1 copy(ies) of each document listed above upon: **HARDY AVIATION INSURANCE, INC., BY SERVICE UPON THE ARIZONA DEPARTMENT OF INSURANCE., BY SERVICE UPON GERMAINE L. MARKS, DIRECTOR,** by leaving with **AMANDA BUETTNER, ADMINISTRATIVE ASSISTANT,** stated authorized to accept, at **2910 N. 44TH ST , SUITE 210** in **Phoenix, AZ85018** in **MARICOPA** County, on 02/19/2015 at 1:15 PM.

Additional Comments:Department of Insurance fees in the amount of $15.00 were tendered at the time of service.

Description of Person Accepting Service:
Sex: Female Race: Caucasian Age: 30-35 Height: 5ft 7in Weight: 150 Hair: Brown

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 16.00 |
| MILES | $ | 33.60 |
| SERVICE FEE | $ | 8.00 |
| AFFIDAVIT / NOTARY | $ | 10.00 |
| **TOTAL:** | $ | **67.60** |

MICHAEL CANDELARIA          Affiant

Sworn to before me 02/23/2015

Commission expires:

Client Ref:
Client: R. LEE STEERS, JR.

LOLA J. FERGUSON
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 3, 2018

MICHAEL K. JEANES, CLERK



*636736*

15 MAR -4 PM 2: 04
FILED
BY _____ , DEP

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ85009
602.258.8081
Fax#: 602.258.8864

In The MARICOPA COUNTY SUPERIOR
COURT
State of ARIZONA, County of MARICOPA

**MARSH AVIATION COMPANY**
Vs.
**ARTHUR J. GALLAGHER RISK
MANAGEMENT SERVICES, INC**

**Affidavit of Service**

Case No.:**CV2015-050723**
Court Date: N/A
Judge:

The Affiant, being sworn, states: That I am a private process server registered in **MARICOPA COUNTY** and an officer of the court. On 02/17/2015 I received **SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATE AS TO COMPULSORY ARBITRATION; PLAINTIFF'S OFFER OF JUDGMENT TO THE DEFENDANT** from R. LEE STEERS, JR. and by R. LEE STEERS, JR.. In each instance I personally served 1 copy(ies) of each document listed above upon: **ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., BY SERVICE UPON THE ARIZONA DEPARTMENT OF INSURANCE., BY SERVICE UPON GERMAINE L. MARKS, DIRECTOR,** by leaving with **AMANDA BUETTNER, ADMINISTRATIVE ASSISTANT,** stated authorized to accept, at **2910 N 44TH ST #210 (2ND FLOOR)** in Phoenix, AZ85018-7269 in MARICOPA County, on 02/19/2015 at 1:15 PM.

Additional Comments:Department of Insurance fees in the amount of $15.00 were tendered at the time of service.

Description of Person Accepting Service:
Sex: Female Race: Caucasian Age: 30-35 Height: 5ft 7in Weight: 150 Hair: Brown

MICHAEL CANDELARIA            Affiant

Sworn to before me 02/23/2015

Commission expires:

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 16.00 |
| MILES | $ | 33.60 |
| SERVICE FEE | $ | 8.00 |
| AFFIDAVIT / NOTARY | $ | 10.00 |
| **TOTAL:** | $ | **67.60** |

Client Ref:
Client: R. LEE STEERS, JR.

LOLA J. FERGUSON
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 3, 2018

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
K. Laird, Deputy
2/16/2015 10:59:00 AM
Filing ID 6407470

1   STEERS & STEERS
    R. Lee Steers, Jr. (State Bar No. 022044)
2   13424 East Bloomfield Drive
    Scottsdale, Arizona 85259
3   Telephone     480-231-8523
    E-mail        lee.steers@gmail.com
4   Attorneys for the Plaintiff

5            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
               IN AND FOR THE COUNTY OF MARICOPA
6

|  |  |  |
|---|---|---|
| 7 | MARSH AVIATION COMPANY, ) | Case No. CV2015-050723 |
|  | ) |  |
|  | Plaintiff, ) | Assigned to |
| 8 | ) | Hon. Michael D. Gordon |
| 9 | ) |  |
|  | vs. ) |  |
| 10 | ) |  |
| 11 | ) |  |
| 12 | ) |  |
|  | HARDY AVIATION INSURANCE, INC., ) |  |
| 13 | ARTHUR J. GALLAGHER RISK ) |  |
|  | MANAGEMENT SERVICES, INC., ) | PLAINTIFF'S OFFER OF JUDGMENT |
| 14 | ABC CORPORATIONS 1-5, ) | TO THE DEFENDANT |
|  | DEF PARTNERSHIPS 1-5, ) | HARDY AVIATION INSURANCE, INC. |
| 15 | GHI LIMITED LIABILITY COMPANIES ) |  |
|  | 1-5, JOHN DOES 1-5, and ) |  |
| 16 | JANE DOES 1-5, ) |  |
|  | ) |  |
| 17 | Defendants. ) |  |

18

19        Comes the plaintiff, by counsel, pursuant to Rule 68 of the Arizona Rules of Civil

20   Procedure, and gives notice of the following Offer of Judgment to the defendant Hardy Aviation

21   Insurance, Inc.:

22        The plaintiff hereby offers to permit entry of a judgment in favor of the plaintiff on its

23   Complaint against the defendant Hardy Aviation Insurance, Inc. for the total sum of Two

    Hundred Thousand Dollars ($200,000.00), which shall include all damages, taxable court costs,
24
    prejudgment interest, and any and all other amounts recoverable under the plaintiff's Complaint,
25   including all of the plaintiff's attorney's fees.

26

Marsh Aviation Company vs. Hardy Aviation Insurance, Inc., *et al*
Maricopa County Superior Court, Case No. CV2015-050723

1    WHEREFORE, the plaintiff states the foregoing Plaintiff's Offer of Judgment to the

2 Defendant Hardy Aviation Insurance, Inc. on this February 16, 2015.

3                                          STEERS & STEERS
                                           13424 East Bloomfield Drive
                                           Scottsdale, Arizona 85259
4                                          Attorneys for the Plaintiff

5

6        By:      /s/ *R. Lee Steers, Jr.*
                          R. Lee Steers, Jr.

7

8                    CERTIFICATE OF FILING AND SERVICE

9        The foregoing Plaintiff's Offer of Judgment to the Defendant Hardy Aviation Insurance,

10 Inc., was on this date filed electronically with the Clerk of the Maricopa County Superior Court

   using the AZ Turbo Court Case Management System.  A copy of same was also on this date

11 electronically delivered to the chambers of the Presiding Judge via the AZ Turbo Court CMS.  A

12 true copy of same, together with a Summons and a copy of the Complaint filed in this case, was

13 also on this date delivered to a duly authorized process server in the State of Arizona for service

14 upon the Director of the Arizona Department of Insurance, as the statutorily designated agent for

   service of process upon Hardy Aviation Insurance, Inc. in Arizona, at the address shown below.

15 A true copy of same, together with a Summons and a copy of the Complaint filed in this case,

16 was also on this date mailed by USPS Certified Mail, with return receipt requested, to the

17 registered agent for service of process for the defendant Hardy Aviation Insurance, Inc. in the

18 State of the defendant's domicile at the address shown below.

19     Ms. Germaine L. Marks, Director          James R. Hardy, Registered Agent
       Arizona Department of Insurance          322 Cyrilla Court
20     Suite 210                                Wichita, Kansas 67235
       2910 North 44th Street                   Registered Agent for
21     Phoenix, Arizona 85018                   Hardy Aviation Insurance, Inc.

22     This February 16, 2015.

23                    STEERS & STEERS
                      Attorneys for the Plaintiff
24

25 By:     /s/ *R. Lee Steers, Jr.*
                 R. Lee Steers, Jr.
26

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
S. Bagnall, Deputy
2/16/2015 11:07:00 AM
Filing ID 6407479

1  STEERS & STEERS
   R. Lee Steers, Jr. (State Bar No. 022044)
2  13424 East Bloomfield Drive
   Scottsdale, Arizona 85259
3  Telephone     480-231-8523
   E-mail        lee.steers@gmail.com
4  Attorneys for the Plaintiff

5              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
               IN AND FOR THE COUNTY OF MARICOPA
6
   MARSH AVIATION COMPANY,          )        Case No. CV2015-050723
7                                   )
                 Plaintiff,         )            Assigned to
8                                   )        Hon. Michael D. Gordon
                                    )
9                                   )
   vs.                              )
10                                  )
                                    )
11                                  )
                                    )
12                                  )
   HARDY AVIATION INSURANCE, INC.,  )
13 ARTHUR J. GALLAGHER RISK         )
   MANAGEMENT SERVICES, INC.,       )     PLAINTIFF'S OFFER OF JUDGMENT
14 ABC CORPORATIONS 1-5,            )          TO THE DEFENDANT
   DEF PARTNERSHIPS 1-5,            )          ARTHUR J. GALLAGHER
15 GHI LIMITED LIABILITY COMPANIES  )     RISK MANAGEMENT SERVICES, INC.
   1-5, JOHN DOES 1-5, and          )
16 JANE DOES 1-5,                   )
                                    )
17               Defendants.        )
   _____)
18

19

20        Comes the plaintiff, by counsel, pursuant to Rule 68 of the Arizona Rules of Civil

21 Procedure, and gives notice of the following Offer of Judgment to the defendant Arthur J.

   Gallagher Risk Management Services, Inc.:

22        The plaintiff hereby offers to permit entry of a judgment in favor of the plaintiff on its

23 Complaint against the defendant Arthur J. Gallagher Risk Management Services, Inc. for the

   total sum of Two Hundred Thousand Dollars ($200,000.00), which shall include all damages,
24
   taxable court costs, prejudgment interest, and any and all other amounts recoverable under the
25
   plaintiff's Complaint, including all of the plaintiff's attorney's fees.
26

Marsh Aviation Company vs. Arthur J. Gallagher Risk Management Services, Inc., *et al*
Maricopa County Superior Court, Case No. CV2015-050723

WHEREFORE, the plaintiff states the foregoing Plaintiff's Offer of Judgment to the Defendant Arthur J. Gallagher Risk Management Services, Inc. on this February 16, 2015.

> STEERS & STEERS
> 13424 East Bloomfield Drive
> Scottsdale, Arizona 85259
> Attorneys for the Plaintiff

By:   /s/ *R. Lee Steers, Jr.*

> R. Lee Steers, Jr.

## CERTIFICATE OF FILING AND SERVICE

The foregoing Plaintiff's Offer of Judgment to the Defendant Arthur J. Gallagher Risk Management Services, Inc., was on this date filed electronically with the Clerk of the Maricopa County Superior Court using the AZ Turbo Court Case Management System. A copy of same was also on this date electronically delivered to the chambers of the Presiding Judge via the AZ Turbo Court CMS. A true copy of same, together with a Summons and a copy of the Complaint filed in this case, was also on this date delivered to a duly authorized process server in the State of Arizona for service upon the Director of the Arizona Department of Insurance, as the statutorily designated agent for service of process upon Arthur J. Gallagher Risk Management Services, Inc. in Arizona, at the address shown below. A true copy of same, together with a Summons and a copy of the Complaint filed in this case, was also on this date mailed by USPS Certified Mail, with return receipt requested, to the registered agent for service of process for the defendant Arthur J. Gallagher Risk Management Services, Inc. in the State of the defendant's domicile at the address shown below.

Ms. Germaine L. Marks, Director
Arizona Department of Insurance
Suite 210
2910 North 44th Street
Phoenix, Arizona 85018

Prentice Hall Corporation, Registered Agent
801 Adlai Stevenson Drive
Springfield, Illinois 62703
Registered Agent for Arthur J. Gallagher
Risk Management Services, Inc.

This February 16, 2015.

> STEERS & STEERS
> Attorneys for the Plaintiff

By:   /s/ *R. Lee Steers, Jr.*

> R. Lee Steers, Jr.

```
                                        MICHAEL K. JEANES
                                     Clerk of the Superior Court
                                        By Patrick Roe, Deputy
                                     Date 01/09/2015 Time 10:38:52
                                   Description              Amount
                                   ------- CASE# CV2015-050723 -------
                                   CIVIL NEW COMPLAINT         319.00
                                   -----------------------------------
                                   TOTAL AMOUNT               319.00
                                             Receipt# 24247478
```

STEERS & STEERS
R. Lee Steers, Jr. (State Bar No. 022044)
13424 East Bloomfield Drive
Scottsdale, Arizona 85259
Telephone   480-231-8523
E-mail      lee.steers@gmail.com
Attorneys for the Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

|  |  |  |
|---|---|---|
| MARSH AVIATION COMPANY, | ) | |
| Plaintiff, | ) ) ) | Case No. CV 2015-050723 |
| vs. | ) ) ) | |
|  | ) ) | COMPLAINT |
| HARDY AVIATION INSURANCE, INC., | ) ) | |
| ARTHUR J. GALLAGHER RISK | ) | |
| MANAGEMENT SERVICES, INC., | ) | TORT – NON-MOTOR VEHICLE |
| ABC CORPORATIONS 1-5, | ) | (MALPRACTICE) |
| DEF PARTNERSHIPS 1-5, | ) | (OTHER PROFESSIONAL) |
| GHI LIMITED LIABILITY COMPANIES | ) | |
| 1-5, JOHN DOES 1-5, and | ) | |
| JANE DOES 1-5, | ) ) | |
| Defendants. | ) | |

Comes the plaintiff, by counsel, and for its Complaint against the above-named

defendants, states as follows:

<u>IDENTIFICATION OF THE PARTIES</u>

1.      The plaintiff Marsh Aviation Company is an Arizona corporation with its

principal place of business at 5060 East Falcon Drive, Mesa, Arizona 85215.

2.      The defendant Hardy Aviation Insurance, Inc. (hereinafter, "Hardy") is a

corporation organized under the laws of the State of Kansas with it principal place of business

believed to be at 7016 West Harry Street, Wichita, Kansas 67209.  Hardy is an Insurance

Producer as that term is defined in Section 20-281(5) of the Arizona Revised Statutes and a

marketer of insurance and risk management services.  Hardy is a non-resident licensee of the

Arizona Department of Insurance licensed to do business in the State of Arizona, but Hardy but

does not have a statutory agent for service of process in Arizona.  The resident agent for Hardy

Marsh Aviation Company vs. Hardy Aviation Insurance, Inc., *et al*
Maricopa County Superior Court

in the State of Kansas and the address of the registered agent's office in the State of Kansas are James R. Hardy, 322 Cyrilla Court, Wichita, Kansas 67235.

3.      The defendant Arthur J. Gallagher Risk Management Services, Inc. (hereinafter, "Gallagher") is a corporation organized under the laws of the State of Illinois with it principal place of business believed to be at Two Pierce Place, Itasca, Illinois 60143. Gallagher is an Insurance Producer as that term is defined in Section 20-281(5) of the Arizona Revised Statutes and a marketer of insurance and risk management services. Gallagher is a non-resident licensee of the Arizona Department of Insurance licensed to do business in the State of Arizona, but Gallagher does not have a statutory agent for service of process in Arizona. The resident agent for Gallagher in the State of Illinois and the address of the registered agent's office in the State of Illinois are Prentice Hall Corporation, 801 Adlai Stevenson Drive, Springfield, Illinois 62703.

4.      The defendants ABC Corporations 1-5 are corporations whose identities are at this time unknown, who are Insurance Producers as that term is defined in Section 20-281(5) of the Arizona Revised Statutes and marketers of insurance and risk management services, who acted negligently in the same manner as did the defendants Hardy and Gallagher as described herein, and whose professional negligence proximately caused or contributed to proximately cause the damages of which the plaintiff complains herein, and who are liable to the plaintiff for the damages that are pleaded herein.

5.      The defendants DEF Partnerships 1-5 are partnerships whose identities are at this time unknown, who are Insurance Producers as that term is defined in Section 20-281(5) of the Arizona Revised Statutes and marketers of insurance and risk management services, who acted negligently in the same manner as did the defendants Hardy and Gallagher as described herein, and whose professional negligence proximately caused or contributed to proximately cause the damages of which the plaintiff complains herein, and who are liable to the plaintiff for the damages that are pleaded herein.

6.      The defendants Limited Liability Companies 1-5 are limited liability companies whose identities are at this time unknown, who are Insurance Producers as that term is defined in Section 20-281(5) of the Arizona Revised Statutes and marketers of insurance and risk management services, who acted negligently in the same manner as did the defendants Hardy and Gallagher as described herein, and whose professional negligence proximately caused or

Marsh Aviation Company vs. Hardy Aviation Insurance, Inc., *et al*
Maricopa County Superior Court

1  contributed to proximately cause the damages of which the plaintiff complains herein, and who

2  are liable to the plaintiff for the damages that are pleaded herein.

3      7.      The defendants John Does 1-5 and Jane Does 1-5 are persons whose identities are

4  at this time unknown, who are Insurance Producers as that term is defined in Section 20-281(5)

   of the Arizona Revised Statutes and marketers of insurance and risk management services, who

5  acted negligently in the same manner as did the defendants Hardy and Gallagher as described

6  herein, and whose professional negligence proximately caused or contributed to proximately

7  cause the damages of which the plaintiff complains herein, and who are liable to the plaintiff for

8  the damages that are pleaded herein.

             ALLEGATIONS COMMON TO ALL COUNTS

9      8.      At all times relevant to this proceeding the plaintiff was the Lessee of Hangar No.

10 J004 in Hangar Building J located on the premises of Falcon Field Airport in Mesa, Arizona

11 (hereinafter, "Hangar J004") under a Lease Agreement with the City of Mesa, Arizona.

12     9.      Hangar J004 was located more than 1,000 feet from the plaintiff's place of

13 business at 5060 East Falcon Drive, Mesa, Arizona 85215.

       10.     At all times relevant to this proceeding, the plaintiff was the owner of a 1969

14 model Rockwell International OV-10A Bronco twin-engine turboprop aircraft that was stored in

15 Hangar J004 from approximately August 1, 2009, to and including August 26, 2012.

16     11.     At all times relevant to this proceeding, the plaintiff was the owner of hundreds of

17 new and used aircraft parts and dozens of pieces of both specialized and non-specialized

   machines and equipment used in the repair, maintenance, and restoration of aircraft, all of which

18 was stored in Hangar J004 from a date prior to August 1, 2009 to and including August 26, 2012.

19     12.     On August 26, 2012, a fire occurred in Hanger Building J at Falcon Field Airport

20 (hereinafter, "the subject fire").

21     13.     The subject fire originated in Hangar J005, which was adjacent to Hangar J004 in

22 Hangar Building J.

       14.     As a direct and proximate result of the occurrence of the subject fire in Hangar

23 J005 as aforesaid, the 1969 model Rockwell International OV-10A Bronco twin-engine

24 turboprop aircraft described in Paragraph 10 of this Complaint was totally destroyed due to the

25 intense heat in Hangar J004 that emanated from the subject fire in Hangar J005.

26

Marsh Aviation Company vs. Hardy Aviation Insurance, Inc., *et al*
Maricopa County Superior Court

15.     As a direct and proximate result of the occurrence of the subject fire in Hangar J005 as aforesaid, the hundreds of new and used aircraft parts and dozens of pieces of both specialized and non-specialized machines and equipment used in the repair, maintenance, and restoration of aircraft described in Paragraph 11 of this Complaint were destroyed and/or rendered totally unfit for use and/or service due to the intense heat in Hangar J004 that emanated from the subject fire in Hangar J005.

16.     Prior to October 23, 2011, Hardy solicited the opportunity to obtain, or participate in obtaining, property insurance coverage for the plaintiff.

17.     Prior to October 23, 2011, the plaintiff retained Hardy to review the plaintiff's insurance needs and to arrange for the plaintiff to obtain property insurance coverage that would meet the plaintiff's needs in the operation of its business.

18.     On or about October 23, 2011, Hardy, acting as agent for the plaintiff, contacted Gallagher in behalf of the plaintiff seeking to obtain a policy of property insurance for and in behalf of the plaintiff.  Hardy described to Gallagher all of the properties to be covered, all of the coverages to be provided, and all of the coverage limits required.

19.     On or about October 27, 2011, Gallagher, acting as agent for the plaintiff and at the request of Hardy, issued a policy of property insurance, Policy No. KTK-630-7512L001-IND-11 (hereinafter, "the subject policy") with a Policy Period from 10/23/11 to 10/23/12, 12:01 A.M. Mountain Standard Time, naming The Travelers Indemnity Company as the Insuring Company and naming the plaintiff as the Insured.

20.     At all times relevant to this proceeding the plaintiff intended to obtain fire insurance coverage on all of the property that it had stored in Hangar J004 at Falcon Field during the policy period of the subject policy.

21.     At all times relevant to this proceeding, up to and including March 27, 2013, the plaintiff believed that it had obtained fire insurance coverage under the subject policy on all of the property that it had stored in Hangar J004 at Falcon Field during the policy period of the subject policy.

COUNT ONE<br>PROFESSIONAL NEGLIGENCE vs. HARDY

22.     The plaintiff hereby incorporates into this Count One each and every allegation set forth in Paragraphs 1 through 21 of this Complaint.  Each and every allegations set forth in

Marsh Aviation Company vs. Hardy Aviation Insurance, Inc., *et al*
Maricopa County Superior Court

Paragraphs 1 through 21 of this Complaint shall be deemed to have the same force and effect as if same were here restated in full.

23.    At all times relevant to this proceeding, and with respect to each and every act and/or omission performed or not performed by Hardy that is described herein, Hardy was acting as an agent of the plaintiff for the purpose of obtaining insurance.

24.    At no time prior to October 23, 2011 did Hardy inquire of the plaintiff, with respect to the subject policy and/or its policy period, about whether the plaintiff had property on which it needed insurance that was stored at a location other than the plaintiff's office address at 5060 East Falcon Drive, Mesa, Arizona 85215.

25.    At no time prior to October 23, 2011 did Hardy or any representative of Hardy come to the plaintiff's place of business to inspect the plaintiff's operations and/or to determine the specific locations of the plaintiff's properties for which insurance coverage was to be obtained under the subject policy.

26.    As an Insurance Producer licensed by the Arizona Department of Insurance, and as a professional marketer of insurance and risk management services, the defendant Hardy held itself out to the public as possessing special knowledge, skill, and expertise in the production and administration of insurance contracts.  Hardy owed a duty to the plaintiff to exercise reasonable care, skill, and diligence in carrying out its duties in procuring insurance for the plaintiff.

27.    In procuring the subject policy for the plaintiff under the circumstances described herein the defendant Hardy acted negligently in that it failed to meet the standard of care, skill, and diligence for Insurance Producers and professional marketers of insurance and risk management services in Arizona.

28.    In procuring the subject policy for the plaintiff under the circumstances described herein the defendant Hardy acted negligently in that it violated its duties to the plaintiff as one of the plaintiff's Insurance Producers and as one of the plaintiff's professional marketers of insurance and risk management services.

29.    As a direct and proximate result of the professional negligence of the defendant Hardy as described herein, the plaintiff sustained damages in a sum that exceeds the minimum jurisdictional limits of this Court.

30.    The defendant Hardy is liable to the plaintiff in tort, for professional negligence, and the plaintiff should recover from the defendant Hardy, on account it its professional

Marsh Aviation Company vs. Hardy Aviation Insurance, Inc., *et al*
Maricopa County Superior Court

1   negligence, such damages as may be proven to have been sustained by the plaintiff at the trial of

2   this cause.

3   31.     Because this action arises out of contract, the plaintiff is entitled to recover its

    attorneys' fees incurred in pursuit of its claim stated against the defendant Hardy in this Count

4   One of this Complaint, pursuant to Section 12-341.01 of the Arizona Revised Statutes.

5                                   COUNT TWO
                          PROFESSIONAL NEGLIGENCE vs. HARDY
6

7   32.     The plaintiff hereby incorporates into this Count One each and every allegation

    set forth in Paragraphs 1 through 21 of this Complaint. Each and every allegations set forth in
8
    Paragraphs 1 through 21 of this Complaint shall be deemed to have the same force and effect as
9
    if same were here restated in full.

10  33.     At all times relevant to this proceeding, and with respect to each and every act

11  and/or omission performed or not performed by Gallagher that is described herein, Gallagher

12  was acting as an agent of the plaintiff for the purpose of obtaining insurance.

13  34.     At no time prior to October 23, 2011 did Gallagher inquire of the plaintiff, with

    respect to the subject policy and/or its policy period, about whether the plaintiff had property on
14.
    which it needed insurance that was stored at a location other than the plaintiff's office address at
15
    5060 East Falcon Drive, Mesa, Arizona 85215.

16  35.     At no time prior to October 23, 2011 did Gallagher or any representative of

17  Gallagher come to the plaintiff's place of business to inspect the plaintiff's operations and/or to

    determine the specific locations of the plaintiff's properties for which insurance coverage was to
18
    be obtained under the subject policy.

19  36.     As an Insurance Producer licensed by the Arizona Department of Insurance, and

20  as a professional marketer of insurance and risk management services, the defendant Gallagher

21  held itself out to the public as possessing special knowledge, skill, and expertise in the

    production and administration of insurance contracts. Gallagher owed a duty to the plaintiff to
22
    exercise reasonable care, skill, and diligence in carrying out its duties in procuring insurance for
23
    the plaintiff.

24  37.     In procuring the subject policy for the plaintiff under the circumstances described

25  herein the defendant Gallagher acted negligently in that it failed to meet the standard of care,

26

Marsh Aviation Company vs. Hardy Aviation Insurance, Inc., *et al*
Maricopa County Superior Court

1   skill, and diligence for Insurance Producers and professional marketers of insurance and risk

2   management services in Arizona.

3        38.   In procuring the subject policy for the plaintiff under the circumstances described

herein the defendant Gallagher acted negligently in that it violated its duties to the plaintiff as

4   one of the plaintiff's Insurance Producers and as one of the plaintiff's professional marketers of

5   insurance and risk management services.

6        39.   As a direct and proximate result of the professional negligence of the defendant

7   Gallagher as described herein, the plaintiff sustained damages in a sum that exceeds the

8   minimum jurisdictional limits of this Court.

9        40.   The defendant Gallagher is liable to the plaintiff in tort, for professional

negligence, and the plaintiff should recover from the defendant Gallagher, on account it its

10   professional negligence, such damages as may be proven to have been sustained by the plaintiff

11   at the trial of this cause.

12        41.   Because this action arises out of contract, the plaintiff is entitled to recover its

attorneys' fees incurred in pursuit of its claim stated against the defendant Gallagher in this

13   Count Two of this Complaint, pursuant to Section 12-341.01 of the Arizona Revised Statutes.

14        WHEREFORE, the plaintiff prays for the following relief:

15        A.   For personal judgment against Hardy in an amount sufficient to reasonably

16   compensate the plaintiff for the damages caused to the plaintiff by Hardy's professional

17   negligence as hereinabove described;

18        B.   For personal judgment against Gallagher in an amount sufficient to reasonably

compensate the plaintiff for the damages caused to the plaintiff by Gallagher's professional

19   negligence as hereinabove described;

20        C.   That the plaintiff recover interest upon its judgments against both defendants at

21   the maximum legal rate from and after the date of entry of judgment until same be paid in full;

22        D.   That the plaintiff recover its attorneys' fees incurred herein pursuant to Section

12-341.01 of the Arizona Revised Statutes;

23        E.   That the plaintiff recover its costs herein expended pursuant to A.R.S. § 12-341;

24   and,

25   ///

26   ///

Marsh Aviation Company vs. Hardy Aviation Insurance, Inc., *et al*
Maricopa County Superior Court

1     E.     That the plaintiff have and recover all other proper relief as to which the plaintiff

2   may appear justly entitled.

3     This January 9, 2015.

4                                                      STEERS & STEERS
                                                       13424 East Bloomfield Drive
5                                                      Scottsdale, Arizona 85259
                                                       Attorneys for the Plaintiff
6

7                                            By:    _____
                                                       R. Lee Steers, Jr.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MICHAEL K. JEANES, CLERK
BY ~~D.D.~~ DEP
~~Rose~~
FILED

**15 JAN -9 AM 10: 36**

1   STEERS & STEERS
    R. Lee Steers, Jr. (State Bar No. 022044)
2   13424 East Bloomfield Drive
    Scottsdale, Arizona 85259
3   Telephone   480-231-8523
    E-mail      lee.steers@gmail.com
4   Attorneys for the Plaintiff

5          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
             IN AND FOR THE COUNTY OF MARICOPA
6

7   MARSH AVIATION COMPANY,    )
                          )   Case No.  **CV 2015-050723**
8              Plaintiff,   )
                          )
9   vs.                        )
                          )
10                          )
   HARDY AVIATION INSURANCE, INC., )
11  ARTHUR J. GALLAGHER RISK    )
   MANAGEMENT SERVICES, INC.,   )
12  ABC CORPORATIONS 1-5,      )   PLAINTIFF'S CERTIFICATION AS TO
   DEF PARTNERSHIPS 1-5,       )   COMPULSORY ARBITRATION
13  GHI LIMITED LIABILITY COMPANIES )
   1-5, JOHN DOES 1-5, and      )
14  JANE DOES 1-5,          )
                          )
15          Defendants.   )
   _____)

16

17        Pursuant to Rule 72(e)(1) of the Arizona Rules of Civil Procedure, the undersigned

18  certifies that he knows the dollar limits and all other limitations set forth by the local rules of

   practice for the Maricopa County Superior Court, and that this case **_is not_** subject to compulsory

19  arbitration as provided by Rules 72 through 76 of the Arizona Rules of Civil Procedure.

20        This January 9, 2015.

21                          STEERS & STEERS
                           13424 East Bloomfield Drive
22                        Scottsdale, Arizona 85259
                          Attorneys for the Plaintiff
23

24            By:   _____
                           R. Lee Steers, Jr.
25

26

In the Superior Court of the State of Arizona
In and For the County of Maricopa

**CV2015-050723**

CIVIL COVER SHEET - NEW FILING ONLY
(Please Type or Print)

MICHAEL K. JEANES, CLERK
BY _D. Roe_ DEP
FILED

15 JAN -9  AM 10: 36

Plaintiff's Attorney:  R. LEE STEERS, JR.

Attorney's Bar Number:  022044

Is Interpreter Needed? ☐ Yes ☒ No
If yes, what language: _____
Attorney/Pro Per Signature _____
To the best of my knowledge, all information is true and correct.

Plaintiff's Name(s):  (List all)
Marsh Aviation Company

Plaintiff's Address:
5060 East Falcon Drive

Mesa, Arizona 85215

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s):  (List All)

Hardy Aviation Insurance, Inc.; Arthur J. Gallagher Risk Management Services, Inc.; ABC Corporations 1-15;

DEF Partnerships 1-5; GHI Limited Liability Companies 1-5; John Does 1-5; and Jane Does 1-5

(List additional defendants on page two and/or attach a separate sheet).

EMERGENCY ORDER SOUGHT: ☐ Temporary Restraining Order     ☐ Provisional Remedy     ☐ OSC
☐ Election Challenge     ☐ Employer Sanction     ☐ Other _____

☒ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY.  (Mark appropriate box under **Nature of Action**).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES   Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case"
as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a
substantial amount of documentary evidence, and a large number of separately represented parties.  (Mark appropriate box
on page two as to complexity, **in addition** to the Nature of Action case category).

## NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☒ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D.   ☐ 123 Hospital
☐ 122 Physician D.O   ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds - Sale
Construction Defects (Residential/Commercial)
☐ 136 Six to Nineteen Structures
☐ 137 Twenty or More Structures

**150-199 OTHER CIVIL CASE TYPES:**

☐ 156 Eminent Domain/Condemnation
☐ 151 Forcible Detainer
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 Employer Sanction Action (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream  Adjudication)
☐ 187 Real Property
☐ Sexually Violent Persons (A.R.S. §36-3704)
   (Except Maricopa County)
☐ Minor Abortion (See Juvenile in Maricopa County)
☐ Special Action Against Lower Courts
   (See lower court appeal cover sheet in Maricopa)
☐ 194 Immigration Enforcement Challenge (§§1-501, 1-502, 11-1051)

**150-199 UNCLASSIFIED CIVIL CASE TYPES:**

☐ Administrative Review
   (See lower court appeal cover sheet in Maricopa)
☐ 150 Tax Appeal (All other tax matters must be filed in the AZ Tax Court)

☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute - Other
☐ 159 Restoration of Civil Rights (Federal)
☐ 159 Clearance of Records (A.R.S. §13-4051)
☐ 190 Declaration of Factual Innocence(A.R.S.§12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain–Light Rail Only
☐ 177 Interpleader – Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute - Discrimination
☐ 185 Employment Dispute – Other
☐ 195(a) Amendment for Marriage License
☐ 195(b) Amendment for Birth Certificate
☐ 163 Other _____
                          (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types

Additional Plaintiff(s)
                    None
_____

_____

Additional Defendant(s)
                    None
_____

_____

# EXHIBIT 2

## to

## (NOTICE OF REMOVAL)

MICHAEL K. JEANES, CLERK

 

*638736*

MR. CK JEANES
RECEIVED FOR
DOCUMENT DEPOSIT...

15 MAR -4 PM 2: 04
FILED
BY _____, DEP

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ85009
602.258.8081
Fax#: 602.258.8864

In The MARICOPA COUNTY SUPERIOR
COURT
State of ARIZONA, County of MARICOPA

**MARSH AVIATION COMPANY**
Vs.
**ARTHUR J. GALLAGHER RISK
MANAGEMENT SERVICES, INC**

**Affidavit of Service**

Case No.:**CV2015-050723**
Court Date: **N/A**
Judge:

The Affiant, being sworn, states: That I am a private process server registered in **MARICOPA COUNTY** and an officer of the court. On 02/17/2015 I received **SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATE AS TO COMPULSORY ARBITRATION; PLAINTIFF'S OFFER OF JUDGMENT TO THE DEFENDANT** from **R. LEE STEERS, JR.** and by **R. LEE STEERS, JR.**. In each instance I personally served 1 copy(ies) of each document listed above upon: **ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., BY SERVICE UPON THE ARIZONA DEPARTMENT OF INSURANCE., BY SERVICE UPON GERMAINE L. MARKS, DIRECTOR,** by leaving with **AMANDA BUETTNER, ADMINISTRATIVE ASSISTANT,** stated authorized to accept. at **2910 N 44TH ST #210 (2ND FLOOR)** in Phoenix, AZ85018-7269 in MARICOPA County, on 02/19/2015 at 1:15 PM.

Additional Comments:Department of Insurance fees in the amount of $15.00 were tendered at the time of service.

Description of Person Accepting Service:
Sex: Female Race: Caucasian Age: 30-35 Height: 5ft 7in Weight: 150 Hair: Brown

MICHAEL CANDELARIA          Affiant

Sworn to before me 02/23/2015

Commission expires:

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 16.00 |
| MILES | $ | 33.60 |
| SERVICE FEE | $ | 8.00 |
| AFFIDAVIT / NOTARY | $ | 10.00 |
| **TOTAL:** | $ | **67.60** |

Client Ref:
Client: R. LEE STEERS, JR.



LOLA J. FERGUSON
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 3, 2018